**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 16-1980**

———————————

LISA A. KRUPCZAK,

                    Plaintiff – Appellant,

        v.

DLA PIPER LLP (US); UNUM LIFE INSURANCE COMPANY OF AMERICA,

                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:16-cv-00023-WMN)

———————————

Submitted:  December 15, 2016      Decided:  December 19, 2016

———————————

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lisa A. Krupczak, Appellant Pro Se. Jean Evelyn Lewis, James
Patrick Ulwick, KRAMON & GRAHAM, PA, Baltimore, Maryland; Scott
Michael Trager, SEMMES, BOWEN & SEMMES, Baltimore, Maryland, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa A. Krupczak appeals the district court's order granting Defendants' motions to dismiss her civil action and denying leave to amend her complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Krupczak v. DLA Piper LLP (US), No. 1:16-cv-00023-WMN (D. Md. July 27, 2016). We deny Krupczak's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED